**Edward Lee SHENK, Petitioner–Appellant,**

v.

**Larry JARVIS, Warden, Bland Correctional Center, Respondent–Appellee.**

**No. 02–6691.**

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided July 3, 2002.

Edward Lee Shenk, Appellant Pro Se. Amy L. Marshall, Thomas H. Roberts & Associates, P.C., Richmond, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Lee Shenk seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Shenk v. Jarvis,* No. CA–01–661 (W.D.Va. Mar. 29, 2002). We also deny Shenk's motion "To Disallow Further Argument By Respondent and To Carry To Decision In Favor Of Petitioner." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*